LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
　　　1420 E. Cooley Dr., Suite 100
　　　Colton, California 92324
　　　Telephone: (909) 796-4560
　　　Facsimile:  (909) 796-3402
　　　E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| TAMMY HOKE, | ) | No.  EDCV 10-1590 JCG |
| | ) | |
| Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　　IT IS ORDERED that EAJA fees are awarded in the amount of TWO

THOUSAND FIVE HUNDRED DOLLARS AND NO/100 ($2,500.00) subject to the

terms of the stipulation.

　　　DATE:  June 28, 2011 　_____

　　　　　　　　　　　　　HON. JAY C. GANDHI
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-